# Exhibit A –
# Docket Sheet and Copies of All Process, Pleadings, and Orders Served in the State Court Action

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/8f3db7c318bb5403b8a1add4b284735d

## Case Information

### REHKOPF VS TECHTRONIC INDUSTREIS FACTORY OUTLETS LLC
22-C-02942-S5

Location
**Gwinnett - State Court**

Case Category
**Civil**

Case Type
**Tort - Product Liability Tort**

Case Filed Date
**5/26/2022**

Judge
**South, Pamela D**

Case Status
**Open (Pending)**

## Parties 2

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | THOMAS REHKOPF | ERIC D MILLER |
| Defendant | TECHTRONIC INDUSTREIS FACTORY OUTLETS LLC | Pro Se |

## Events 5

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 5/26/2022 | Filing | Complaint with Jury Demand | Complaint | Complaint.pdf |
| 5/26/2022 | Filing | Summons | Summons | Summons- Gwinnett.pdf |
| 5/26/2022 | Filing | Certificate of Service of Discovery | Rule 5.2 | Rule 5.2- Plfs 1st ROGS, RPDs, RFAs to Def.pdf |
| 5/26/2022 | Filing | General Civil/ Domestic Relations Case Filing Info | Gwinnett County Case Information Sheet | General Civil/Dom Relations Case Filing Form.pdf |
| 6/13/2022 | Filing | Sheriff/Marshall's Service | | Sheriffs Entry of Service.tif |

© 2022 Tyler Technologies, Inc. l All Rights Reserved
Version: 2022.5.0.10087



Case 1:22-cv-02655-SDG   Document 1-2   Filed 07/05/22   Page 3 of 11

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-02942-S5**
**5/26/2022 3:15 PM**
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ **Superior or** ☒ **State Court of** Gwinnett State Court **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** _____ MM-DD-YYYY | **Case Number** 22-C-02942-S5 |

**Plaintiff(s)**

Rehkopf, Thomas
Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

**Defendant(s)**

Techtronic Industries Factory Outlets, LLC
Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

**Plaintiff's Attorney** Eric D Miller   **State Bar Number** 506574   **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
   ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
   ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**              **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Case 1:22-cv-02655-SDG   Document 1-2   Filed 07/05/22   Page 4 of 11

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-02942-S5**
**5/26/2022 3:15 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| THOMAS REHKOPF, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| TECHTRONIC INDUSTRIES FACTORY OUTLETS, LLC, | ) 22-C-02942-S5 |
| Defendants. | ) |

## RULE 5.2 CERTIFICATE OF SERVICE

COMES NOW, Thomas Rehkopf, Plaintiff in the above-styled civil action, and, pursuant to Uniform State Court Rule 5.2, certifies that he has this date served, with his Complaint for Damages, Plaintiff's First Interrogatories, Plaintiff's Request for Production of Documents, and Plaintiff's Request for Admissions to Defendant.

This _26_ day of May, 2022.

MILLER INSURANCE LAW ENTERPRISE

ERIC D. MILLER
Georgia Bar No. 506504
*Attorney for Plaintiff*

115 Perimeter Center Place
South Terraces, Suite 430
Atlanta, GA 30346
(404) 923-7599
emiller@mileatlanta.com

Case 1:22-cv-02655-SDG   Document 1-2   Filed 07/05/22   Page 5 of 11

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-02942-S5**
**5/26/2022 3:15 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Thomas Rehkopf**

CIVIL ACTION NUMBER: 22-C-02942-S5

PLAINTIFF

VS.

**Techtronic Industries Factory Outlets, LLC**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Eric D. Miller, Esq.
115 Perimeter Center Place, Suite 430
Atlanta, GA 30346

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.

26th day of May, 2022

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Case 1:22-cv-02655-SDG   Document 1-2   Filed 07/05/22   Page 6 of 11

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-02942-S5**

**5/26/2022 3:15 PM**

**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| THOMAS REHKOPF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION FILE NO.: |
| | ) |
| TECHTRONIC INDUSTRIES | )  22-C-02942-S5 |
| FACTORY OUTLETS, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### COMPLAINT FOR DAMAGES

COMES NOW, Thomas Rehkopf, Plaintiff in the above-styled civil action, and hereby makes the following Complaint for Damages and shows the Court as follows:

1.

Plaintiff Thomas Rehkopf ("Plaintiff") submits himself to the jurisdiction and venue of this Court.

2.

Defendant Techtronic Industries Factory Outlets, Inc. is a foreign corporation which was, at all times relevant to this action, doing business in the State of Georgia. Defendant may be served with process through its registered agent, to wit: Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. Defendant Techtronic Industries Factory Outlets, Inc. is subject to the venue and jurisdiction of this Court.

3.

At all times relevant hereto, Defendant Techtronic Industries Factory Outlets, Inc. (hereinafter, "Defendant Techtronic") was in the business of developing and manufacturing residential appliances, among other things.

1

4.

At all times relevant hereto, Plaintiff was the owner of property located at 270 Lakemont Drive, Roswell, GA 30075. In the home, there was a Ryobi battery ("subject battery") that was manufactured by Defendant Techtronic.

5.

On or about October 5, 2020, as a result of a design, manufacturing and/or product defect contained therein, failed, and proximately caused substantial fire and smoke damage to Plaintiff's property.

6.

As a direct and proximate result of Defendant's negligence, Plaintiff sustained property damages in excess of $376,790.14.

## COUNT I – CLAIMS OF NEGLIGENCE AGAINST DEFENDANT

7.

Paragraphs 1 through 6 are incorporated by reference as if set forth verbatim herein.

8.

The water damage was due to a failure within the subject dishwasher and Defendant was negligent in designing, manufacturing, selling, supplying, and otherwise distributing the defective battery.

9.

Defendant's negligence was a proximate cause of the damage to Plaintiff's property.

10.

As a direct and proximate result of Defendant's acts and/or omissions, Plaintiff is entitled to recovery of their losses from Defendant.

## COUNT II – CLAIMS OF BREACH OF CONTRACT AGAINST DEFENDANT

11.

Paragraphs 1 through 11 are incorporated by reference as if set forth verbatim herein.

12.

In selling, supplying and/or otherwise distributing the subject battery, Defendant impliedly and/or expressly warranted that it was safe and fit for the ordinary purpose for which it was intended, when in fact it was not fit for ordinary and normal use and, as such, did not conform to said promises and warranties.

13.

As a direct and proximate result of such breaches of warranty, Plaintiff sustained losses as described above.

14.

As a result of Defendant's breaches of warranty, Plaintiff is entitled to recovery of their losses from Defendant.

## COUNT III – CLAIMS OF STRICT LIABILITY AGAINST DEFENDANT

15.

Paragraphs 1 through 14 are incorporated by reference as if set forth verbatim herein.

16.

Defendant's product was not merchantable and reasonably suited to the use intended, and its condition when sold is the proximate cause of the damages sustained by Plaintiff. As a result, Defendant is strictly liable in tort pursuant to O.C.G.A. § 51-1-11 (b) (1).

## COUNT IV – CLAIMS FOR ATTORNEY'S FEES AND EXPENSES OF LITIGATION

17.

Paragraphs 1 through 16 are incorporated by reference as if set forth verbatim herein.

18.

In this case of clear liability, Plaintiff made a reasonable demand for settlement upon Defendant, within the time allowed by law.

19.

No reasonable response to said demand was made by or on behalf of Defendant, thereby requiring Plaintiff to avail himself of the court system in an effort to seek redress for its damages.

20.

Defendant has acted in bad faith, has been stubbornly litigious, and has caused Plaintiff unnecessary trouble and expense.

21.

Accordingly, pursuant to O.C.G.A. §13-6-11, and U-Haul Co. of Western Georgia v. Ford, 171 Ga.App. 744 (1984), Plaintiff is entitled to recover its attorney's fees and expenses of litigation.

WHEREFORE, Plaintiff prays as follows:

a. That he recovers of Defendant in an amount to be proven at trial;
b. That he recovers of Defendant interest as provided by law;
c. That he recovers of Defendant its costs and attorney's fees in bringing this action;
d. **That he has a trial by Jury**; and
e. That he has such other and further relief as this Court may deem just and proper.

This 26 day of May, 2022.

MILLER INSURANCE LAW ENTERPRISE

ERIC D. MILLER
Georgia Bar No. 506574
*Attorney for Plaintiff*

115 Perimeter Center Place
South Terraces, Suite 430
Atlanta, GA 30346
(404) 923-7599
emiller@mileatlanta.com

4

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 22-C-02942-S5

Superior Court ☐  Magistrate Court ☐
State Court ☐  Probate Court ☐
Juvenile Court ☐

Date Filed 5-261-2022

Georgia, GWINNETT COUNTY

THOMAS REHKOPF

R
_____
Plaintiff

Attorney's Address

ERIC D. MILLER, ESQ.

115 PERIMETER CENTER PLACE

SUITE 430, ATLANTA, GA 30346

VS.

TECHTRONIC INDUSTRIES FACTORY

OUTLETS, LLC

Defendant

Name and Address of Party to Served

TECHTRONIC INDUSTRIES FACTORY

OUTLETS, LLC c/o CSC, 2 SUN COURT

SUITE 400. PEACHTREE CORNERS, GA 300

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows: age, about ____ years; weight ____ pounds; height ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant **Techtronic Industries Factory** a corporation by leaving a copy of the within action and summons with **Alisha Smith** in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **3** day of **June**, 20**22**

Sgt. Collin, SO 500

DEPUTY

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:** 22016564

**Person Served:** TECHTRONIC INDUSTREIS FACTORY OUTLETS LLC
2 SUN COURT, SUITE 400
PEACHTREE CORNERS GA 30092
PHONE:

## Process Information:

| | |
|---|---|
| Date Received: | 06/02/2022 |
| Assigned Zone: | 2 Sun Court |
| Expiration Date: | |
| Paper Types: | Summons COMPLAINT FOR DAMAGES |
| Notes/Alerts: | |

Court Case #: 22-C-02942-S5
Hearing Date:

**Notes:**